

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

FEB 27 2006

LUTHER D. THOMAS, Clerk
By: /s/
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ALFONZO PHILLIPS,<br>Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | CIVIL ACTION NO.<br>1:06-CV-0225-TWT |
| FULTON COUNTY DEPUTIES,<br>Defendants. | : | |

## ORDER AND OPINION

Plaintiff, Alfonzo Phillips, currently confined at the Fulton County Jail in Atlanta, Georgia, has submitted the instant pro se 42 U.S.C. § 1983 civil rights action against Fulton County Deputies. (Doc. No. 1.) Plaintiff alleges that certain prison officials injured him by use of unnecessary force and he has not received medical treatment for his injuries. (Id.) Review of this Court's docket indicates that this is Plaintiff's second action before this Court in which he raises these claims. See Phillips v. Fulton County Jail, No. 1:06-CV-00063-TWT (N.D. Ga. Jan. 31, 2006). That action currently is pending before this Court, and Plaintiff was ordered to submit an amended complaint in that action.

It is apparent that Plaintiff intended to amend his complaint in Phillips, No. 1:06-CV-00063-TWT, and this Court now finds that it would "avoid unnecessary cost and delay" to consolidate the instant action with that action pursuant to Federal Rule

AO 72A
(Rev.8/82)

of Civil Procedure 42(a). "Rule 42(a) should be used to expedite trial and eliminate unnecessary repetition and confusion. A motion to consolidate is not required; the court may invoke Rule 42(a) sua sponte." Miller v. United States Postal Service, 729 F.2d 1033, 1036 (5th Cir. 1984) (citing Gentry v. Smith, 487 F.2d 571, 581 (5th Cir.1973)).

Accordingly, this Court hereby **DIRECTS** the Clerk of this Court to **ADMINISTRATIVELY CLOSE** the instant action and file the pleadings as amendment or motions, as appropriate, in Phillips, No. 1:06-CV-00063-TWT.

**IT IS SO ORDERED**, this 27 day of February, 2006.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)